UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-0941 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Mylon Larson and Barbara Larson,<br><br>Plaintiffs<br><br>vs.<br><br>Merck & Company, Inc. and Pfizer, Inc.<br><br>Defendants | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, MYLON LARSON AND BARBARA LARSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 7-30-, 2009

BY: _____
Matthew J. Schumacher, Esq. #244946
Attorney for Plaintiff, Mylon Larson
Pearson, Randall, Schumacher &
LaBore, P.A.
100 South Fifth Street, Suite 1025
Minneapolis, MN 55402
Tel- 612-767-7500
Fax- 612-767-7501

DATED: Aug 18, 2009      BY: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS ORDERED.**

Dated: **AUG 1 9 2009**

_____
Hon. Charles R. Breyer
United States District Court